**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Wagner Spray Tech Corporation,

Plaintiff,

v.

EZ Paintr, Inc.,

Defendant

---

Civil No. 00-315 (JMR/FLN) JRT

**ORDER EXTENDING**
**TIME TO ANSWER COMPLAINT**

This matter came before the Court on the parties' stipulation to an order extending the time for defendant EZ Paintr, Inc. to answer the Complaint in this action. Based on the stipulation,

IT IS HEREBY ORDERED that defendant EZ Paintr, Inc. shall have until March 24, 2000 to answer the Complaint in this action.

SO ORDERED.

Dated: March 9, 2000

FRANKLIN L. NOEL
CHIEF UNITED STATES MAGISTRATE JUDGE

FILED MAR 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________