UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wagner Spray Tech Corporation

Plaintiff,

v.

EZ Paintr, Inc.,

Defendant.

Civil No. 00-315 JRT/FLN

and

Civil No. 00-2365 JRT/FLN

**STIPULATION AND ORDER REGARDING RESCHEDULING OF MOTION AND EXTENSION OF TIME TO ANSWER**

---

WHEREAS, the parties have been engaged in meaningful, good faith settlement discussions, and they are scheduled to conduct a mediation on February 27 – 28, 2001, in an effort to settle this litigation;

WHEREAS, the Pretrial Schedule was revised and extended by Order dated January 19, 2001, to accommodate the parties' continuing settlement discussions and planned mediation, and also to allow sufficient time for the parties to complete discovery and prepare the case for trial if they are unable to settle the litigation;

WHEREAS, plaintiff wishes to file an Amended Complaint dated February 2, 2001, in the second of the above filed actions (Civil Action No. 00-2365) to assert claims under an additional patent (the "Second Amended Complaint"), and defendant is agreeable to this amendment, provided it obtains additional time to respond so the Second Amended Complaint does not interfere with the upcoming mediation;

WHEREAS, plaintiff has scheduled a hearing on a motion to strike defendant's allegations of inequitable conduct for March 12, 2001 (the "Motion to Strike"), but now wishes to withdraw the Motion to Strike at the request of defendant in order to avoid diverting the parties' attention from the upcoming mediation; and

FILED FEB 2 3 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

WHEREAS, the parties wish to limit the burdens and expenses of potentially unnecessary litigation by postponing defendant's responses to the Second Amended Complaint and the Motion to Strike until a reasonable period of time after the upcoming mediation;

NOW, THEREFORE, it is hereby stipulated and agreed by the parties as follows:

1. Plaintiff may file its Second Amended Complaint immediately following Court approval of this Stipulation, but defendant may have until March 16, 2001, to move, answer, or otherwise respond thereto.

2. Plaintiff shall withdraw its Motion to Strike, without prejudice, and with leave to serve and refile the motion after March 5, 2001.

3. If plaintiff renews its Motion to Strike, the hearing date shall be set sufficiently far in advance that defendant has 21 days to prepare and serve its responsive papers.

Dated: February 23, 2001

FAEGRE & BENSON LLP

Kenneth Liebman (#236731)
Charles Webber (#215247)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

COUNSEL FOR PLAINTIFF
WAGNER SPRAY TECH
CORPORATION

Dated: February 21, 2001

LEONARD, STREET & DEINARD, P.A.

James G. Bullard (#123249)
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

Richard J. Hoskins
Jeffrey H. Dean
Jeff M. Barron
SCHIFF HARDIN & WAITE
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

COUNSEL FOR DEFENDANT
EZ PAINTR

## ORDER

Based upon the foregoing Stipulation of the parties, and upon all of the files, records, and proceeds herein, IT IS HEREBY ORDERED as follows:

1. Plaintiff may file its Second Amended Complaint, but defendant shall have until March 16, 2001, to move, answer, or otherwise respond thereto;

2. Plaintiff's Motion to Strike shall be deemed withdrawn and shall be stricken from the hearing calendar, but without prejudice, and with leave to serve and refile the motion after March 5, 2001; and

3. If plaintiff renews its Motion to Strike after March 5, 2001, it shall set the hearing date sufficiently far in advance that plaintiff will have 21 days to prepare and serve its responsive papers.

Dated: __________, 2001

Franklin L. Noel
Chief Magistrate Judge