**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wagner Spray Tech Corporation,

Plaintiff,

v.

EZ Paintr, Inc.,

Defendant

Civil No. 00-315 (JMR/FLN) JRT

**STIPULATION AND ORDER RE AMENDED COMPLAINT**

The parties, by and through their respective counsel, hereby stipulate that plaintiff may file and serve the Amended Complaint which is attached hereto as Exhibit A and which adds a Count II asserting infringement of U.S. Patent No. 6,022,588.

Dated: August 8, 2000

FAEGRE & BENSON LLP

By ____________________

Kenneth A. Liebman, #236731
Charles Webber, #215247
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 336-3000

Attorneys for Plaintiff
Wagner Spray Tech Corporation

FILED 8/24/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

August 10, 2000

LEONARD, STREET & DEINARD

By ______________________
James G. Bullard, Esq.
150 South Fifth Street, Ste. 2300
Minneapolis, MN 55402

SCHIFF HARDIN & WAITE
Richard J. Hoskins, Esq.
Jeffrey H. Dean, Esq.
Jeffrey M. Barron, Esq.
6600 Sears Tower
Chicago, IL 60606-6473

Attorneys for Defendant
EZ Paintr, Inc.

**ORDER**

So ordered.

Dated: 8/24, 2000

______________________
FRANKLIN L. NOEL
CHIEF UNITED STATES MAGISTRATE JUDGE

M2:20319596.01