UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WAGNER SPRAY TECH CORPORATION,<br><br>Plaintiff-Counterdefendant,<br><br>v.<br><br>EZ PAINTR, INC.,<br><br>Defendant-Counterplaintiff. | Civ. No. 00-315 JRT/FLN<br><br>and<br><br>Civil No. 00-2365 JRT/FLN<br>2ND AMENDED<br>[redacted] **PRETRIAL SCHEDULE** |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. **Discovery/Non-Dispositive Motions:**

   a. Wagner shall not file, in this litigation or in any other proceeding, additional claims for patent infringement arising under any additional patent owned by Wagner prior to December 21, 2000 alleging infringement by any product sold by EZ Paintr prior to December 21, 2000 that relates to paint roller, paint roller covers, paint roller trays, and/or any method of making or using the same. The parties may otherwise amend the pleadings or add parties only with leave of Court.

   b. All fact discovery shall be commenced in time to be completed by June 1, 2002.

   c. No more than 35 interrogatories, including all discrete subparts, shall be served by any party.

FILED JUL 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

d. No more than 50 requests for admissions shall be served by any party.

e. No more than 50 document requests shall be served by any party.

f. No more than 15 non-expert depositions (excluding third party depositions) shall be taken by any party.

g. All nondispositive motions and supporting documents, including all those that relate to discovery, shall be served by October 1, 2002. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calender Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

**2. Expert Disclosure and Discovery**

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By each side on or before July 1, 2002, with respect to issues on which that side bears the burden of proof.

2) By each side on or before August 1, 2002, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By each side on or before July 1, 2002, with respect to issues on which that side bears the burden of proof.

2) By each side on or before August 1, 2002, with respect to rebuttal expert reports.

c. Expert depositions shall occur on or before October 1, 2002.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. **Dispositive Motions**

a. All dispositive motions shall be filed prior to November 1, 2002.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. **Trial**

a. This case shall be ready for trial no later than January 1, 2003, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 10 days.

5. No further extensions will be granted.

DATED: July 26, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500